11th
Court of Appeals

                                                                  Eastland,
Texas

                                                             Memorandum
Opinion

 

Rick D. Ealey

Appellant

Vs.                   No. 11-02-00293-CV B Appeal from Dallas County

The Shims Wholesaler Association

Appellee

 

Appellant=s brief was originally due to be filed on or before February 24,
2003.  Appellant has filed two motions
requesting an extension of time in which to file his brief.  The motions were granted, and appellant=s brief was due April 9, 2003.  Appellant informed this court in both April
and June that settlement was pending. 
As of this date, appellant has filed neither his brief nor a motion to
dismiss the appeal.

Therefore, the appeal is dismissed for want
of prosecution.

 

PER CURIAM

 

July 17, 2003

Not designated for publication.  See TEX.R.APP.P. 47.2(a).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.